AMERICAN FIDELITY & CASUALTY COMPANY, Appellant,

v.

KINGHAM TRAILER COMPANY

and

The Shuler Axle Company, Appellees.

No. 14034.

United States Court of Appeals
Sixth Circuit.

Oct. 3, 1960.

Hubert T. Willis, and Fielden Woodward, of Woodward, Hobson & Fulton, Louisville, Ky., of Middleton, Seelbach, Wolford, Willis & Cochran, Louisville, Ky., for appellees.

Before McALLISTER, Chief Judge, SIMONS, Senior Judge, and O'SULLIVAN, Circuit Judge.

ORDER.

The above cause coming on to be heard on the record, the briefs of the parties and argument of counsel in open court, and the court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be, and is hereby affirmed on the findings of fact and conclusions of law of Judge Henry L. Brooks.

Johnnie Clifford McDOWELL, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 14165.

United States Court of Appeals
Sixth Circuit.

Oct. 12, 1960.

Albert J. Steffen, Cincinnati, Ohio, on brief, for appellant.

John C. Crawford, Jr., U. S. Atty., Knoxville, Tenn., John F. Dugger, Asst. U. S. Atty., Knoxville, Tenn., on brief, for appellee.

Before MARTIN, CECIL and WEICK, Circuit Judges.

ORDER.

Upon consideration of the appeal, we find no error which affects the substantial rights of the appellant and the judgment of conviction is, therefore, affirmed. 28 U.S.C. § 2111; rule 52(a), Federal Rules of Criminal Procedure, 18 U.S.C.A.